# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR LEO SMITH,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROBERT J. HERNANDEZ,<br><br>　　　　Respondent. | Case No. CV 08-7954-AHS (JEM)<br><br>**J U D G M E N T** |

　　　　In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

　　　　IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: December 19, 2010

*Alicemarie H. Stotler*
_____
ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE